**Opinion issued September 21, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00635-CV

————————————

## IN RE TASF, LLC D/B/A TURNAROUND SPECIAL FORCES, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On August 30, 2023, relator TASF, LLC d/b/a Turnaround Special Forces has filed a petition for writ of mandamus asking that we vacate the trial court's July 21, 2023 order granting the joint motion to disqualify TASF's counsel, the Vethan Law Firm.[1] On September 8, 2023, relator filed a motion to dismiss its petition for writ of mandamus. No opposition to dismissal was filed.

---

[1] The underlying case is *TASF, LLC d/b/a Turnaround Special Forces v. Alejandro Castillo, John Ruff, SP & I Construction Services, LLC, and Texas Concrete*

We grant the motion and dismiss the petition.  *See* TEX. R. APP. P. 52.8.

Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.

---

*Professional Company, LLC*, cause number 2023-38291, pending in the 113th District Court of Harris County, Texas, the Honorable Rabeea Sultan Collins presiding.